# ALABAMA SJIS CASE DETAIL

**RATLIFF & BRANDT, L.L.C**

**PREPARED FOR: Jay Clark**

alacourt.com

County: 68   Case Number: **DV-2009-000391.00**   Court Action:

Style: **ANNETTE BLOUNT   VS   TODD, BREMER, & LAWSON INC**

REAL TIME

## Case

### Case Information
| | |
|---|---|
| County: | JEFFERSON - BESSEMER |
| Case Number: | DV-2009-000391.00 |
| Judge ID: | EBV:EDWARD B VINES |
| Trial: | Bench |
| Style: | ANNETTE BLOUNT   VS   TODD, BREMER, & LAWSON INC |
| Filed: | 04/24/2009 |

### Case Type
| | |
|---|---|
| Code: | DVXX |
| Type: | DAMAGES/COMP/PUNITIV |
| Track | |
| Status: | A:ACTIVE |
| No of Plaintiffs: | 001 |
| No of Defendants: | 001 |

### Court Action
| | |
|---|---|
| Dispositon JudgeID: | |
| Court Action: | |
| Judgment For: | |
| Trial days: | 0 |
| Lien: | 0 |

### Damages
| | |
|---|---|
| Amount: | $0.00 |
| Compensatory: | $0.00 |
| Punitive: | $0.00 |
| General: | $0.00 |
| None: | |

### Other Actions
| | |
|---|---|
| Continuance Date: | |
| Revised Judgment Date: | |
| Appeal Date: | |
| Date Trial Began but No Verdict (TBNV1): | 00000000 |
| Disposition Date: | |
| # of Previous Continuances: | 0000   Why: |
| Admin Date: | 0000   Why: |
| Court: | Case: |
| Date Trial Began but No Verdict (TBNV2): | |
| Disposition Type: | |

### Comments
Comment 1:
Comment 2:

## Settings

### Court Dates

| | Date: | Que: | Time: | Description: |
|---|---|---|---|---|
| 1: | | 000 | 00:00 | - |
| 2: | | 000 | 00:00 | - |
| 3: | | 000 | 00:00 | - |
| 4: | | 000 | 00:00 | - |

## Party 1 - C 001 - BLOUNT ANNETTE

### Party Information
| | | | | | |
|---|---|---|---|---|---|
| Party: | C 001 | Name: | BLOUNT ANNETTE | Type: | I:Individual |
| Index: | Y | Alt Name: | | Judge ID: | EBV |
| SSN: | | DOB: | Sex: | Race: | |
| Address 1: | % ATTY | | Address 2: | | |
| Phone: | (205) 000-0000 | City: | State: AL | Zip: 00000-0000 | Country: US |
| Dock: | | Notice: | Entered: | | |

### Attorneys
| Attorney 1: | HUB016 | Name: | HUBBARD JOHN CRAD | City: ALPINE | State: AL |

© Alacourt.com  6/1/2009     1

EXHIBIT A

| | | | | | | |
|---|---|---|---|---|---|---|
| Attorney 2: | SEA030 | Name: | SEALS WALLACE WHITNEY | City: | BIRMINGHAM | State: AL |
| Attorney 3: | | Name: | | City: | | State: |
| Attorney 4: | | Name: | | City: | | State: |
| Attorney 5: | | Name: | | City: | | State: |
| Attorney 6: | | Name: | | City: | | State: |

### Service Information

| | | | | | |
|---|---|---|---|---|---|
| Issued: | Type: | Reissue: | | Type: | |
| Return: | Type: | Return: | | Type: | |
| Service: | Type: | Service On: | | By: | |
| Answer: | Type: | NS Not: | | NA Not: | |
| Warrant: | Type: | Arrest: | | | |

### Court Action

| | | | |
|---|---|---|---|
| Court action: | Date: | For | Exempt: |
| Amount: $0.00 | Cost: $0.00 | Other: $0.00 | Satisfied: |
| Comment: | | | |

## Party 2 - D 001 - TODD BREMER & LAWSON INC

### Party Information

| | | | | | | |
|---|---|---|---|---|---|---|
| Party: | D 001 | Name: | TODD BREMER & LAWSON INC | | Type: | B:Business |
| Index: | Y | Alt Name: | | | Judge ID: | EBV |
| SSN: | | DOB: | | Sex: | Race: | |
| Address 1: | % JAMES HAROLD TODD | | | Address 2: 560 S HERLONG AVE | | |
| Phone: | (205) 000-0000 | City: | ROCK HILL | State: SC  Zip: 29732-0000 | Country: | US |
| Dock: | | Notice: | | Entered: | | |

### Attorneys

| | | | | |
|---|---|---|---|---|
| Attorney 1: | Name: | | City: | State: |
| Attorney 2: | Name: | | City: | State: |
| Attorney 3: | Name: | | City: | State: |
| Attorney 4: | Name: | | City: | State: |
| Attorney 5: | Name: | | City: | State: |
| Attorney 6: | Name: | | City: | State: |

### Service Information

| | | | | | |
|---|---|---|---|---|---|
| Issued: 05/08/2009 | Type: C:Certified mail | Reissue: | | Type: | |
| Return: | Type: | Return: | | Type: | |
| Service: 05/18/2009 | Type: C:Certified Mail | Service On: | | By: | |
| Answer: | Type: | NS Not: | | NA Not: | |
| Warrant: | Type: | Arrest: | | | |

### Court Action

| | | | |
|---|---|---|---|
| Court action: | Date: | For | Exempt: |
| Amount: $0.00 | Cost: $0.00 | Other: $0.00 | Satisfied: |
| Comment: | | | |

## Financial

### Fee Sheet

| PR: | NO | Acct | From | For | To | Total Due | Amt Paid | Balance | Hold Amt |
|---|---|---|---|---|---|---|---|---|---|
| | | AOCC | | | | $10.00 | $10.00 | $0.00 | 0 |

|  | DV00 |  |  |  | $214.00 | $214.00 | $0.00 | 0 |
|---|---|---|---|---|---|---|---|---|
|  |  |  | TOTAL: |  | $224.00 | $224.00 | $0.00 | $0.00 |

**Financial History**

| Transaction Date | Transaction Type | Disb Acct | Payment From/To | Batch | Check or Receipt # | Amount | Fee | Money Type | Attorney | Operator |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/24/2009 | R:RECEIPT |  | AOCC | 2009147 | 14153600 | 6 | N | P |  | TRK |
| 04/24/2009 | R:RECEIPT |  | DV00 | 2009147 | 14153601 | 16 | N | P |  | TRK |
| 04/24/2009 | R:RECEIPT |  | DV00 | 2009147 | 14153700 | 198 | N | P |  | TRK |
| 04/24/2009 | Z:FEE ADDED |  | DV00 | 2009147 | 00000000 | 214 | N | O |  | TRK |
| 04/24/2009 | Z:FEE ADDED |  | AOCC | 2009147 | 00000000 | 6 | N | O |  | TRK |
| 05/07/2009 | R:RECEIPT |  | AOCC | 2009156 | 14175400 | 4 | N | C |  | MAJ |

### Case Action Summary - 68DV200900039100

| Date: | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 05/07/2009 | 11:25:26 | EORD | E-ORDER FLAG SET TO "N"   (AV01) | MAJ |
| 05/07/2009 | 11:25:27 | STAT | CASE ASSIGNED STATUS OF: ACTIVE   (AV01) | MAJ |
| 05/07/2009 | 11:25:28 | SCAN | CASE SCANNED STATUS SET TO: N   (AV01) | MAJ |
| 05/07/2009 | 11:25:29 | TDMN | BENCH/NON-JURY TRIAL REQUESTED   (AV01) | MAJ |
| 05/07/2009 | 11:25:30 | ASSJ | ASSIGNED TO JUDGE: EDWARD B VINES   (AV01) | MAJ |
| 05/07/2009 | 11:29:25 | C001 | C001 PARTY ADDED: BLOUNT ANNETTE   (AV02) | MAJ |
| 05/07/2009 | 11:29:26 | ATTY | LISTED AS ATTORNEY FOR C001: HUBBARD JOHN CRAD | MAJ |
| 05/07/2009 | 11:29:27 | EORD | C001 E-ORDER FLAG SET TO "N"   (AV02) | MAJ |
| 05/07/2009 | 11:31:21 | D001 | D001 PARTY ADDED: TODD BREMER & LAWSON INC  (AV02) | MAJ |
| 05/07/2009 | 11:31:22 | SUMM | CERTIFIED MAI ISSUED: 05/08/2009 TO D001   (AV02) | MAJ |
| 05/07/2009 | 11:31:23 | EORD | D001 E-ORDER FLAG SET TO "N"   (AV02) | MAJ |
| 05/21/2009 | 10:40:22 | SERC | D001 SERVED CERTIFIED MAIL ON 05/18/2009 | LAH |
| 05/26/2009 | 2:32:26 | TEXT | NOTICE MAILED TO DEFT RETURNED IN MAIL | MAJ |
| 06/01/2009 | 8:28:37 | ATTY | LISTED AS ATTORNEY FOR C001: SEALS WALLACE WHITNE | MAJ |

 **END OF THE REPORT**

IN THE DISTRICT COURT OF JEFFERSON COUNTY, ALABAMA
BESSEMER DIVISION

| | |
|---|---|
| ANNETTE BLOUNT, | ) |
| Plaintiff, | ) ) ) ) |
| v. | )   CIVIL ACTION NO. DV09-391 ) |
| TODD, BREMER & LAWSON, INC., | ) ) ) |
| Defendant. | ) |

## COMPLAINT

This is an action brought by the Plaintiff, Annette Blount, for actual and statutory damages, attorney's fees, and costs due to Defendant's violations of the Fair Debt Collection Practices Act. Plaintiff also seeks compensatory and punitive damages for the Defendant's violation of Alabama's common laws set forth herein.

### Parties

1. Plaintiff, Annette Blount, is a resident and citizen of the State of Alabama, Jefferson County, and is over the age of twenty-one (21) years.

2. The Defendant, Todd, Bremer & Lawson, Inc. ("TBL") is a corporation organized under the laws of South Carolina. TBL is engaged in the business of collecting consumer debts from consumers residing in Jefferson County, Alabama and is a "debt

collector," as defined by the FDCPA 15 U.S.C. §1692a(6).

## Factual Allegations

3. In the course of attempting to collect a debt allegedly due from the Plaintiff to a business not a party to this litigation, TBL communicated with Plaintiff in a manner which violated the Federal Fair Debt Collection Practices Act ("FDCPA").

4. On or about December 4, 2007, the Plaintiff filed for Chapter 13 Bankruptcy protection.

5. Shortly after filing for Chapter 13 Bankruptcy protection, the Plaintiff received a collection letter from TBL over an alleged debt to the University of Alabama-Birmingham.

6. After receiving the first collection letter from TBL, the Plaintiff called TBL, informed an agent and or employee thereof that the above-referenced alleged debt was included in her Chapter 13 Bankruptcy petition, and stated that TBL needed to contact her attorney's office.

7. The Plaintiff has continued to receive collection letters from TBL, subsequent to the above-referenced conversation.

8. On or about March 3, 2009, Plaintiff received a collection letter from TBL containing but not limited to the following:

> Apparently you have chosen to ignore our previous request for payment of this claim.  We are now recommending an investigation into your employment, bank accounts, automobile, and any real or personal property you may own.

9.  TBL's above-referenced communications violated the FDCPA.

10. The alleged debt of the Plaintiff claimed by TBL was incurred for personal, family or other household services and is a "debt" as that term is defined by the FDCPA at 15 U.S.C. §1692a(5).

## COUNT ONE
## FAIR DEBT COLLECTION PRACTICES ACT

11. The Plaintiff adopts the averments and allegations of all above paragraphs hereinbefore as if fully set forth herein.

12. TBL has engaged in collection activities and practices in violation of the Fair Debt Collection Practices Act with respect to the Plaintiff's alleged consumer debt. Said violations include, but are not limited to:

   a.  TBL used false representations and/or deceptive means to attempt to collect a debt in violation of §1692e, §1692e(5), §1692e(10);

   b.  TBL violated §1692f by using unfair and/or unconscionable means to attempt to collect a debt;

   c.  TBL violated §1692d by using harassment and abusive means in attempting to collect a debt;

   d.  TBL violated §1692c(a)(2) by contacting consumer after it knew the consumer to be represented by an attorney unless attorney consents or is unresponsive.

    e.    As a proximate result of TBL's actions, the Plaintiff was caused to suffer damages.

## COUNT TWO
## NEGLIGENT TRAINING AND SUPERVISION

13. The Plaintiff adopts the averments and allegations of all the above paragraphs hereinbefore as if fully set forth herein.

14. TBL knew or should have known the status of the alleged debt and of the conduct set forth herein, which was directed at and visited upon the Plaintiff.

15. TBL knew or should have known that said conduct was improper and illegal.

16. TBL negligently failed to train and supervise collectors in order to prevent said improper and illegal conduct.

17. TBL negligently failed to train and supervise collectors on the FDCPA as it relates to communications with consumers.

18. As a result of TBL's negligence, the Plaintiff was caused to suffer damages.

## COUNT THREE
## RECKLESS AND WANTON TRAINING AND SUPERVISION

19. The Plaintiff adopts the averments and allegations of all the above paragraphs hereinbefore as if fully set forth herein.

20. TBL knew or should have known the status of the alleged debt and of the conduct set forth herein, which was directed at and visited

upon the Plaintiff.

21. TBL knew or should have known that said conduct was improper.

22. TBL recklessly and wantonly failed to train and supervise collectors in order to prevent said improper conduct.

23. TBL recklessly and wantonly failed to train and supervise collectors on the FDCPA as it relates to communications with consumers.

24. As a result of TBL's reckless and wanton conduct, the Plaintiff was caused to suffer damages.

## COUNT FOUR
## RESPONDEAT SUPERIOR LIABILITY

25. The Plaintiff adopts the averments and allegations of all the above paragraphs hereinbefore as if fully set forth herein.

26. The acts and omissions of the agents/employees of TBL who communicated with the Plaintiff and others were committed within the scope of their employment or agency relationship with their employer or principal, TBL.

27. The acts and omissions by the agents/employees were incidental to, or of the same general nature as, the responsibilities these employees or agents were authorized to perform by TBL in the collection of consumer debts such as the consumer debt allegedly owed by the Plaintiff.

28. By committing these acts and omissions against the Plaintiff, the

agents/employees were motivated to benefit their principal, TBL.

29. TBL is therefore liable to the Plaintiff through the Doctrine of Respondeat Superior for the intentional and negligent acts, errors, and omissions done in violation of state and federal law by its agents/employees, including but not limited to violations of the FDCPA, in their attempts to collect this alleged debt from the Plaintiff.

## AMOUNT OF DAMAGES DEMANDED

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff demands a judgment against TBL as follows:

A. Statutory damages of $1000, actual damages, and costs and reasonable attorney fees from TBL for the violations of the FDCPA (15 U.S.C. §1692L);

B. Compensatory and punitive damages against TBL on the Plaintiff's state law claims for damages due to the Negligent Training and Supervision, Reckless and Wanton Training and Supervision in the amount of $9000, and,

C. Such other relief that this Court deems just and proper.

_____
John C. Hubbard
Attorney for Plaintiff

OF COUNSEL

Jaffe & Erdberg, P.C.
205 North 20th Street, Suite 817
Birmingham, AL 35203
(205) 323-4500
(205) 323-7177
johnchubbard@gmail.com

**The Plaintiff requests that the Defendant be served a copy of this complaint by certified mail, return receipt requested to the following address:**

TODD, BREMER & LAWSON, INC.
C/O JAMES HAROLD TODD
560 S. HERLONG AVE
ROCK HILL, SOUTH CAROLINA 29732

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)   B. Date of Delivery<br> 5/1/?<br>C. Signature<br>X _____ R. Gates   ☐ Agent  ☐ Addressee |
| 1. Article Addressed to:<br><br>Todd, Bremer, & Lawson Inc.<br>9/0 James Harold Todd<br>560 S. Herlong Avenue<br>Rock Hill, SC 29732 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>(DV) STE<br>DV 09-391 |
|  | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
|  | ☑ Yes |
| 2. Artic | 77 |
| PS For. | Domestic Return Receipt   102595-00-M-0952 |

EARL N. CARTER, JR., CLERK
DISTRICT COURT
P. O. BOX 1310
BESSEMER, ALABAMA 35021-1310

HUBBARD JOHN CRAD
2255 PLANTERSVILLE RD
ALPINE AL 35014

FILED IN OFFICE
MAY 2 6 2009
EARL N. CARTER, JR.

NIXIE         352    5E    1         00    05/24/09
         RETURN TO SENDER
         NOT DELIVERABLE AS ADDRESSED
              UNABLE TO FORWARD

BC: 35021131010         *1139-15601-21-38

```
AVSO350                 ALABAMA JUDICIAL DATA CENTER
                        JEFF-BESMR      COUNTY
                                SUMMONS
                                                         DV 2009 000391.00
                                                         EDWARD B VINES
---------------------------------------------------------------------------
            IN THE DISTRICT COURT OF JEFF-BESMR       COUNTY
ANNETTE BLOUNT           VS     TODD, BREMER, & LAWSON INC
     SERVE ON: (D001)
     SSN: 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                PLAINTIFF'S ATTORNEY
     TODD BREMER & LAWSON INC        HUBBARD JOHN CRAD
     % JAMES HAROLD TODD             2255 PLANTERSVILLE RD
     560 S HERLONG AVE
     ROCK HILL       ,SC  29732-0000 ALPINE         ,AL  35014-0000
---------------------------------------------------------------------------
TO THE ABOVE NAMED DEFENDANT:
 THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST
TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS, YOU OR YOUR ATTORNEY ARE
REQUIRED TO MAIL OR HAND DELIVER A COPY OF A WRITTEN ANSWER, EITHER
ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT TO THE PLAINTIFFS
ATTORNEY(S) SHOWN ABOVE OR ATTACHED:

 THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 14 DAYS AFTER THIS SUMMONS
AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGEMENT BY DEFAULT MAY BE
ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.
YOU MUST ALSO FILE THE ORIGINAL OF YOUR ANSWER WITH THE CLERK OF THIS COURT.
---------------------------------------------------------------------------
  ( )  TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY EITHER RULES 4.1(B)(2) OR
       4.2(B)(2) OR 4.4(B)(2) OF THE ALABAMA RULES OF CIVIL PROCEDURE:
       YOU ARE HEREBY COMMANDED TO SERVE THIS SUMMONS AND A COPY OF THE
       COMPLAINT IN THIS ACTION UPON DEFENDANT.

  (✓)  THIS SERVICE BY CERTIFIED MAIL OF THIS SUMMONS IS INITIATED UPON THE
       WRITTEN REQUEST OF _____ PURSUANT TO RULE 4.1(C)
       OF THE ALABAMA RULES OF CIVIL PROCEDURE.

       DATE: 05/07/2009                   CLERK: EARL N. CARTER JR.
                                          ROOM 506 COURTHOUSE ANNEX
                                          BESSEMER   AL   35020-3555
                                          (205)481-4187
---------------------------------------------------------------------------
     RETURN ON SERVICE:
  ( )  CERTIFIED MAIL RETURN RECEIPT IN THIS OFFICE ON (DATE) _____
       (RETURN RECEIPT HERETO ATTACHED)
  ( )  I CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE SUMMONS AND
       COMPLAINT TO _____
       IN _____ COUNTY, ALABAMA ON (DATE) _____

  DATE_____       SERVER SIGNATURE_____

  SERVER ADDRESS_____       TYPE OF PROCESS SERVER_____
---------------------------------------------------------------------------
OPERATOR: MAJ
PREPARED: 05/07/2009
```

```
AVSO702                    ALABAMA JUDICIAL DATA CENTER
                            JEFF-BESMR    COUNTY
                              SERVICE NOTICE
                                                          DV 2009 000391.00
                                                           EDWARD B VINES
|-----------------------------------------------------------------------|
|                  IN THE DISTRICT COURT OF JEFF-BESMR    COUNTY        |
|                                                                       |
| ANNETTE BLOUNT          VS      TODD, BREMER, & LAWSON INC       D001 |
|                                                                       |
|   HUBBARD JOHN CRAD               CASE NUMBER: DV 2009 000391 00      |
|   2255 PLANTERSVILLE RD           PARTY NUMBER: C001                  |
|   ALPINE   AL   35014                                                 |
|                                              COPY                     |
|   YOUR ATTORNEY CODE IS HUB016                                        |
|                                                                       |
| THE SUMMONS AND COMPLAINT         WAS SERVED ON TODD BREMER & LAWSON I|
| ON 05/18/2009 BY: CERTIFIED MAIL.                                     |
|                                                                       |
|                                                                       |
|              DATE:05/21/2009    CLERK:EARL N. CARTER JR.              |
|                                       ROOM 506 COURTHOUSE ANNEX       |
|                                       BESSEMER   AL   35020-3555      |
|                                       (205)481-4187                   |
|-----------------------------------------------------------------------|
OPERATOR: LAH
PREPARED: 05/21/2009
```

IN THE DISTRICT COURT OF JEFFERSON COUNTY, ALABAMA
BESSEMER DIVISION

| | | |
|---|---|---|
| ANNETTE BLOUNT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | DV-2009-000391 |
| | ) | |
| TODD BREMER & LAWSON, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE

**COMES NOW**, W. Whitney Seals, of the law firm of Pate & Cochrun, LLP, P.O. Box 10448, Birmingham, Alabama 35202, and moves this Honorable Court to enter his name as co-counsel of record in the above-styled cause for the Plaintiff.

      /s/ W. WHITNEY SEALS
W. WHITNEY SEALS,
Attorney for Plaintiff

**OF COUNSEL:**

**PATE & COCHRUN, LLP**
P. O. Box 10448
Birmingham, AL 35202-0448
Telephone: (205) 323-3900
Fax: (205) 323-3906
filings@plc-law.com

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this the 28th day of May, 2009, I electronically filed the foregoing with the Clerk of the Court using the AlaFile E-system which will send notification of such filing to the following;

NONE.

and I hereby certified that I have mailed the foregoing document by U.S. Mail, postage prepaid, to the following non-AlaFile participants:

    Todd Bremer & Lawson, Inc.
    C/O James Harold Todd
    560 S Herlong Avenue
    Rock Hill, SC 29732

                                        /s/ W. WHITNEY SEALS
                                        OF COUNSEL

```
===============================================================================
                 ALABAMA JUDICIAL DATA CENTER          DV 2009 000391.00
                      CASE ACTION SUMMARY
                        DISTRICT CIVIL


JUDGE: EDWARD B VINES
===============================================================================
           IN THE DISTRICT COURT OF JEFFERSON COUNTY (BESSEMER)

   ANNETTE BLOUNT          VS     TODD, BREMER, & LAWSON INC

===============================================================================
FILED: 04/24/2009 TYPE: DAMAGES/COMP/PUNITIV  TRIAL: NON-JURY  TRACK:
===============================================================================
DATE1:           COURT ACTION:                    CA DATE:
DATE2:           AMOUNT:       $10,000.00         PAYMENT:
===============================================================================
PLAINTIFF 001 BLOUNT ANNETTE                    W. Whitney  Scals-030
              % ATTY                  ATTORNEY: HUBBARD JOHN CRAD
                                      HUB016    2255 PLANTERSVILLE RD
                                                ALPINE, AL 35014
              PHONE:
ENTERED: 05/07/2009  ISSUED:          TYPE:             (205)410-6491
SERVED:              ANSWER:          JUDGMENT:
-------------------------------------------------------------------------------
DEFENDANT 001 TODD BREMER & LAWSON INC
              % JAMES HAROLD TODD     ATTORNEY:
              560 S HERLONG AVE
              ROCK HILL, SC 29732
              PHONE:
ENTERED: 05/07/2009  ISSUED: 05/08/2009 TYPE: CERTIFIED
SERVED:              ANSWER:            JUDGMENT:
===============================================================================
```

5/15/09   Served   **NOTICE SENT**

5-26-09   Notice Rctn Mail

5-29-09   Notice of Appearance filed by
          pltfs atty Co-Counsel

```
===============================================================================
MAJ  05/07/2009                                    DV 2009 000391.00
```