FILED
2010 Jul-21  PM 03:41
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANNETTE BLOUNT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 2:09-CV-01087-VEH |
| TODD, BREMER & LAWSON, INC. | ) ) ) ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL

It is hereby stipulated that the above-styled action is due to be and is hereby dismissed with prejudice, each party to bear her or its own costs.

_/s/ W. Seals_
Wallace Whitney Seals

Attorney for Plaintiff Annette Blount

**OF COUNSEL:**

Pate & Cochrun, L.L.P.
PO Box 10448
Birmingham , AL 35202-0448

John C Hubbard, Esq.
LINDSEY LAW FIRM LLC
One Perimeter Park Dr., Suite 330 N
Birmingham , AL 35243

_/s/ C H Macoy Jr_
Cecil H. Macoy, Jr.
cmacoy@wallacejordan.com

Attorney for Defendant Todd, Bremer & Lawson, Inc.

**OF COUNSEL:**

**WALLACE, JORDAN, RATLIFF & BRANDT, L.L.C.**
Post Office Box 530910
Birmingham, Alabama 35253
Telephone: (205) 870-0555
Facsimile: (205) 871-7534

2