# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ANNETE BLOUNT, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 2:09-CV-1087-VEH |
| TODD, BREMER & LAWSON, INC., | ) |
| Defendant. | ) |

## ORDER

Pending before the court is the parties' Joint Stipulation of Dismissal (Doc. 14) (the "Joint Stipulation") filed on July 21, 2010. The Joint Stipulation is **GRANTED**, and this case is **HEREBY DISMISSED WITH PREJUDICE**. Costs are taxed as paid.

**DONE** and **ORDERED** this the 22nd day of July, 2010.

*[signature]*

**VIRGINIA EMERSON HOPKINS**
United States District Judge